IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARKEITH D. TUCKER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-21-604-SLP |
| STEVEN MILLER, et al., | ) ) ) |
| Defendants. | ) |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell entered July 13, 2021 [Doc. No. 5]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* Doc. No. 2] is DENIED and Plaintiff is directed to pay the $402.00 filing fee in full to the Clerk of Court on or before the 30th day of August, 2021, or this matter will be dismissed without prejudice to refiling pursuant to LCvR 3.3(e).

IT IS SO ORDERED this 9th day of August, 2021.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE